BWB:MKP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**15M 446**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

RAJINDRA RAMKARRAN,

                    Defendant.

REMOVAL TO THE WESTERN
DISTRICT OF NEW YORK

(Fed R. Crim. P. 5)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

       MALCOLM VAN ALSTYNE, JR., being duly sworn, deposes and states that he is a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), duly appointed according to law and acting as such.

       On or about March 20, 2015, an arrest warrant was issued by the United States District Court for the Western District of New York commanding the arrest of defendant RAJINDRA RAMKARRAN for conspiring to possess with intent to distribute 5 kilograms or more of cocaine, in violation of Title 21, United States Code, Section 846.

       The source of your deponent's information and the grounds for his belief are as follows:

       1. On or about March 19, 2015, an indictment was filed in the Western District of New York charging the defendant RAJINDRA RAMKARRAN with conspiring to possess with intent to distribute 5 kilograms or more of cocaine, in violation of Title 21,

United States Code, Section 846. A copy of the indictment from the Western District of New York is attached hereto as Exhibit A.

2. On or about March 20, 2015, the District Court for the Western District of New York issued an arrest warrant for defendant RAJINDRA RAMKARRAN in connection with the above-described indictment. A copy of the arrest warrant from the Western District of New York is attached hereto as Exhibit B.

3. On or about May 14, 2015, agents from the Rochester, New York field offices of ATF and the Drug Enforcement Administration ("DEA") met with federal agents from the New York, New York field offices of ATF and DEA (collectively with the Rochester agents, "the Agents"). The Agents had copies of the arrest warrant for the defendant RAJINDRA RAMKARRAN, as well as pedigree information for him. This included a photograph of the defendant and his last known address, which was on Nansen Street in Forest Hills, Queens (the "Residence").

4. On May 14, 2015 the Agents went to the Residence, where a woman answered the door. The Agents asked if RAJINDRA RAMKARRAN lived at the Residence and the woman said yes and gave the Agents permission to enter the Residence. Once inside the Agents saw a man who matched the photograph of the defendant RAJINDRA RAMKARRAN that they had with them. The man identified himself as RAJINDRA RAMKARRAN to the Agents and provided the Agents with identification that contained pedigree information that matched the pedigree information previously received for the defendant RAJINDRA RAMKARRAN. RAJINDRA RAMKARRAN was subsequently placed under arrest.

WHEREFORE, your deponent respectfully requests that defendant RAJINDRA RAMKARRAN be dealt with according to law.

_____
MALCOLM VAN ALSTYNE JR.
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me this
14th day of May, 2015

_____
THE HONORABLE VIKTOR V. POHORELSKY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# IN THE DISTRICT COURT OF THE UNITED STATES
## For the Western District of New York

| | |
|---|---|
| THE UNITED STATES OF AMERICA | NOVEMBER 2014 GRAND JURY (Impaneled 11/07/14) |
| -vs- | **INDICTMENT** |
| | **Violation:** 21 U.S.C. § 846 |
| **RAJINDRA RAMKARRAN a/k/a Raj** **JOSE GONZALEZ a/k/a Flacco** | (1 Count) |

### COUNT 1

(Narcotics Conspiracy)

**The Grand Jury Charges That:**

From in or about May 2013, through and including in or about February 10, 2015, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendants, **RAJINDRA RAMKARRAN a/k/a Raj** and **Jose GONZALEZ a/k/a Flacco**, did knowingly, willfully and unlawfully combine, conspire, confederate and agree together and with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 846.**

DATED:   Rochester, New York, March 19, 2015.

                            WILLIAM J. HOCHUL, JR.
                            United States Attorney

               By:    s/ROBERT A. MARANGOLA
                            Assistant United States Attorney
                            United States Attorney's Office
                            Western District of New York
                            100 State Street, Suite 500
                            Rochester, New York 14614
                            (585) 263-6760, ext. 23980
                            Robert.marangola@usdoj.gov

A TRUE BILL:

s/FOREPERSON_____
FOREPERSON

AO 442 (Rev. 01/09) Arrest Warrant

# United States District Court
for the
Western District of New York

ISSUED

United States of America

v.

**RAJINDRA RAMKARRAN a/k/a Raj**

Case No. 15-MJ- CR6037

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay **RAJINDRA RAMKARRAN a/k/a RAJ**, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

knowingly, willfully and unlawfully combining, conspiring, and agreeing together and with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846.


Date: March 20th, 2015

            *Issuing officer's signature*

City and State: Rochester, New York          MICHAEL J. ROEMER, DISTRICT COURT CLERK
                                                *Printed name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____, at *(city and state)* _____. |
| Date: _____                              *Arresting officer's signature* |
|                                                 *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)